AO 91 (Rev. 11/11) Criminal Complaint

**FILED**

March 02, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Myrna Gallegos_____
DEPUTY

# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.    **EP-26-MJ-0991-ATB** |
| | ) | |
| | ) | |
| Evlyn Odette REYES-Lopez | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____February 27, 2026_____ in the county of _____El Paso_____ in the
_____Western_____ District of _____Texas_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1546(a) | When applying for admission to the United States, did knowingly personate another and attempt to evade immigration laws by appearing under an assumed or fictitious name. |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Kristin L. Sanchez
CBP Enforcement Officer

Sworn to before me and signed in my presence.

Date: _____March 2, 2026_____

_____
*Judge's signature*

Anne T. Berton
UNITED STATES MAGISTRATE JUDGE

City and state: _____El Paso, Texas_____

Complaint sworn to telephonically on
_____March 02, 2026_____ at __01:12 PM__ and signed
electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

## FACTS

On or about February 27, 2026, the DEFENDANT, Evlyn Odette REYES-Lopez, a native and citizen of Honduras, applied for admission into the United States at the Paso Del Norte Port of Entry via pedestrian primary in El Paso, Texas located in the Western District of Texas.  The DEFENDANT presented a Texas Driver's License with her photograph but name and date of birth of another with the initials of C.I.G. and represented herself to be that person.

Customs and Border Protection Officer Benavidez was assigned to pedestrian primary when the DEFENDANT presented herself for inspection. The officer asked the DEFENDANT if she was a United States citizen to which she stated no. The officer asked the DEFENDANT where she was born, and she stated El Paso and she was going to her cousin's house in El Paso. The officer inspected the driver's license and noticed the photograph was pixelated and the document felt thick. The officer also noticed the DEFENDANT presented nervous behaviors such as lack of eye contact and referred her to Passport Control Secondary (PCS) for further inspection.

In PCS, Officer Garay asked the DEFENDANT if the document she presented was hers to which she stated it was. The officer asked the DEFENDANT for her name, and she gave a different name than the name on the document. The officer asked the DEFENDANT for her true identity to which she gave her true name, date of birth and place of birth. The DEFENDANT's Honduras Passport and Honduras identification card was found in her belongings. The DEFENDANT was served Form I-214 Warning as to Rights (Spanish Version) which she read, signed and requested legal counsel. All questioning ceased.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

## CRIMINAL AND IMMIGRATION RECORD

CRIMINAL RECORD
None can be established at this moment.

IMMIGRATION RECORD
None can be established at this moment.